UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:23-MJ-01823-RN

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MOTION TO CONTINUE |
| KEYANNA C. WOODS | : |
| Defendant | : |

Pursuant to 18 USC (h)(7)(A) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets for the following:

1. On 18 July 2023 undersigned counsel was retained and entered as attorney-of-record and filed a Notice of Appearance in this matter on 9 August 2023. The Defendant appeared in Court for her initial appearance on 26 July 2023.

2. Undersigned counsel is waiting on additional discovery in the form of blood results and will need additional time to review same once received and to speak with the Defendant and the SAUSA regarding possible disposition once it is received.

3. Undersigned counsel will be on Military Orders on 5 and 6 December and will be out of State therefore is requesting a continuance past the 6th of December.

4. Undersigned counsel understands that if this motion is granted, he must next appear in court at 8:30 a.m. on the next court docket, and that failure to appear may result in the issuance of an arrest warrant.

5. This the 3rd continuance filed by the Defendant in the present case. The Special Assistant US Attorney does not object to this Motion to Continue.

6. Any delay resulting from this continuance should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the interest of the public and the defendant in a speedy trial.

**WHEREFORE** the defendant, KEYANNA C. WOODS, thru her attorney of record respectfully prays the Court for an Order continuing the trial until **21 February 2024**.

RESPECTFULLY SUBMITTED this 8th day of January 2024.

*[signature]*

ANDREW G. DUALAN
Attorney at Law
120 Westlake Road, Unit #6
Fayetteville, NC 28314
Telephone (910) 826-8855
Facsimile (910) 826-2234
Email: adualan@militaryjusticecenter.com
North Carolina State Bar #50270

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Special Assistant United States Attorney
ATTN: AFZA-JA-F
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000

By electronically filing the foregoing with the Clerk of Court on the 8th day of January 2024 using the CM/ECF system which will send notifications of filing to the above.

This the 8th day of January 2024.

*[signature]*

ANDREW G. DUALAN
Attorney at Law
120 Westlake Road, Unit #6
Fayetteville, NC 28314
Telephone (910) 826-8855
Facsimile (910) 826-2234
Email: adualan@militaryjusticecenter.com
North Carolina State Bar #50270

2